# UNITED STATES DISTRICT COURT
### FOR THE
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albert and Frances<br>    Plaintiffs | ) **AMENDED**<br>) **COMPLAINT**<br>)<br>) |
| v. | )  _10_ CV _6613_<br>) |
| WATKINS GLEN INTERNATIONAL, INC.<br>SCHUYLER COUNTY SHERIFF'S DEPARTMENT<br>COUNTY OF SCHUYLER<br>William Yessman<br>Breck Spaulding<br>Michael Notarfonzo<br>Timothy Coleman<br>Michael Printup<br>Phillip Barnes<br>Andrew Matusicky<br>James P. Coleman<br>Nancy A. Peters<br>Margaret Starbuck<br>Thomas Gifford<br>Mark MacNamara<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:      Basis of Jurisdiction in Federal Court is that: this claim arises under the United States Constitution: Amendment V which expressly proscribes that no person shall be deprived of life, liberty or property without due process and under Amendment IV that proscribes unlawful search and seizure. Basis of Venue in the Western District is that: Defendants (save one) are residents of the County of Schuyler and County of Steuben. Nature of the Suit is that: the nature of the claim is for a temporary restraining order, permanent injunction and further relief against Defendants for depriving Plaintiffs of their liberty, land, home and property without due process, a warrant or lawful title and

threatening to dispose of all Plaintiffs' worldly possessions and kill all plaintiffs' hundreds of live-stock on about November 30, 2010 and to "level" Plaintiffs' home and all farm buildings on about November 30, 2010.

2.      Plaintiffs demand an Article III Judge bound by the Constitution for the United States as the supreme law.

3.      Plaintiffs demand a jury trial.

4:      Plaintiffs are not United States Citizens and their mailing address while homeless is: Albert and Frances, c/o Grace Stage, P.O. Box 851, Montour Falls, New York 14865. Phone number: 607 - 731-2222.

5:      Defendants are:

Watkins Glen International, Inc., 2790 County Route 16, Watkins Glen, NY 14891. Phone: 607 - 535 - 2486.

Schuyler County Sherriff's Department, 106 10th Street, Watkins Glen, NY 14891. Phone: 607 - 535 - 8222.

County of Schuyler, 105 Ninth Street, Unit 5, Watkins Glen, NY 14891. Phone: 607 - 535 - 8121

William Yessman, 5104 Fowler Place, Odessa, NY 14869

Breck Spaulding, 3408 Dolphsburg Road, Montour Falls, NY 14865

Michael Notarfonzo, 2423 County Road 21 ,Watkins Glen, NY 14891. Phone: 607 - 535- 6583.

Timothy J. Coleman, 3999 State Route 414, Corning, NY 14830. 607 - 962 - 8653.

Michael Printup, 212 Chatham Court, Horseheads, NY 14845. Phone: 607 - 739-1857.

Phillip Barnes, 203 Lakeview Ave., Watkins Glen, NY 14891; Head of Security for Watkins Glen International, Inc., 2790 County Route 16, Watkins Glen, NY 14891; Schuyler County Legislator 105 Ninth Street, Unit 1, Watkins Glen, NY 14891. Phone: 607-535-4600.

Andrew Matusicky, 2741 Locust Lane, Watkins Glen, NY 14891. Phone: 607 - 535 - 9834.

James P. Coleman, 3517 State Route 14, Watkins Glen, NY 14891. Phone: 607 - 535 - 9658.

Nancy A. Peters, 2992 Pearl Street, Beaver Dams, NY 14812. 607 - 535 - 9321.

Margaret Starbuck, 5886 Main Street, Alpine, NY 14805. Phone: 607 - 594 - 3708.

Thomas M. Gifford, 137 Turner Park, Montour Falls, NY 14865. Phone 607 - 535 - 9517.

Mark MacNamara, 8 Bard Ave., Red Hook, NY 12571. Phone: 845 - 758 - 2549.

6:      Plaintiffs have not begun any other lawsuits in state or federal court dealing with the same set of facts involved with this action.

## STATEMENT OF CLAIMS

### AS AND FOR A FIRST CAUSE OF ACTION

For violation of Amendment V of the Constitution for the United States, depriving Plaintiffs of their liberty and property without due process to wit:

7.      Plaintiffs home since about 1996 is a two story white house on lands identified by the County of Schuyler as "parcel number 84.00-1-41.11". "Parcel 84.00-1-41.11" was not ever listed in nor ever foreclosed upon for delinquent taxes, penalties or fines in the Decision and Order dated May 15, 2001 in Schuyler County Tax Foreclosure proceeding Index No. 99-221 which expressly lists only two parcels: 84.00-1-41.2 and 84.00-1-46.1.

Defendants have at all times relevant and continuously to date deprived Plaintiffs of their right, title and interest in "parcel 84.00-1-41.11" and on about October 27, 2010 by use of armed force "evicted" Plaintiffs from their home and land, seized and searched Plaintiffs' home and all buildings, seized and examined all Plaintiffs' worldly possessions and seized all Plaintiffs' hundreds of head of Live-Stock - all without notice, a warrant or lawful right, title or interest.

RELIEF REQUESTED: Immediate temporary restraining order and Permanent Injunction prohibiting Defendants and all of them from depriving Plaintiffs of their life, liberty and property without due process. In addition, Plaintiffs seek exemplary/punitive damages as well as treble and compensatory damages as well as damages for the terror and emotional distress Defendants and all of them are causing Plaintiffs.

## AS AND FOR A SECOND CAUSE OF ACTION

For violation of Amendment IV of the Constitution for the United States, depriving Plaintiffs of security in their property by subjecting Plaintiffs to unlawful search and seizure to wit:

8:      Plaintiffs incorporate paragraph 7 above as if fully set forth herein.

RELIEF REQUESTED: Immediate temporary restraining order and Permanent Injunction prohibiting Defendants and all of them from subjecting Plaintiffs to unlawful search and seizure. In addition, Plaintiffs seek exemplary/punitive damages as well as treble and compensatory damages as well as damages for the terror and emotional distress Defendants and all of them are causing Plaintiffs.

## AS AND FOR A THIRD CAUSE OF ACTION

For Collusion to deprive and defraud Plaintiffs of their property and the value of their property.

9.      Plaintiffs incorporate paragraph 7 above as if fully set forth herein.

10.     Defendants set an arbitrary date of November 30, 2010 for Plaintiffs to remove all

their Live-Stock and possessions or they will be considered "abandoned" and become the property of Defendants and all of them. Defendants set the stipulation that on penalty of arrest for criminal trespass, Plaintiffs may not remove any possessions but by written permission from Defendant Watkins Glen International. Defendant Watkins Glen International refuses to give such written permission to date. On about December 1, 2010, Defendants intend to convert all Plaintiffs worldly possessions to Defendants' property for the pleasure and profit of the Defendants and all of them. Defendant McNamara on about November 1, 2010 agreed to pay Plaintiffs $100 per head for Plaintiffs' deer other than non-trophy bucks - for which latter Plaintiffs received bids of about $1000 each. Prior to November 16, 2010, Defendant MacNamara informed Plaintiffs that he would instead remove the deer sometime after January 2011 and without paying Plaintiffs any money. Defendant MacNamara now refuses to return Plaintiffs' phone calls. Defendants and all of them intend that on December 1, 2010 all Plaintiffs' animals and other worldly possessions become the property of Defendants.

RELIEF REQUESTED: Immediate temporary restraining order and Permanent Injunction prohibiting Defendants and all of them from depriving Plaintiffs of their life, liberty and property without due process. In addition, Plaintiffs seek exemplary/punitive damages as well as treble and compensatory damages as well as damages for the terror and emotional distress Defendants and all of them are causing Plaintiffs.

## AS AND FOR A FOURTH CAUSE OF ACTION

Seeking a Temporary Restraining Order and permanent injunction due to destruction and death of property, threats to destroy property, having removed property and threats to remove property belonging to Plaintiffs.

11. Plaintiffs incorporate paragraph 7 above as if fully set forth herein.

12. Defendants have destroyed, killed and removed Plaintiffs' property, caused the deaths and suffering of numerous animals, caused that Plaintiffs dairy cattle have not been milked since October 26, 2010. Plaintiffs animals include but are not limited to

about 100 Muscovy Ducks, 20 Pilgrim Geese, numerous Turkeys and Guinea "hens", in excess of 20 breeds of Rare Chickens, Bee Hives, 20 select bred cats; 30 Scotch Highland Sheep, about 40 Scotch Highland Beef Cattle, about 10 Jersey type dairy cattle, and about 300 European Fallow Deer. Defendants are threatening to kill all Plaintiffs' animals on about November 30, 2010 excepting about 300 Fallow deer which Defendants Watkins Glen International and McNamara intend to retain for themselves. Defendants intend to keep all Plaintiffs' farm machinery, about 300 1,000 pound bales of hay, about 2,000 square bales of hay, and grain stores along with and in order to feed said 300 Deer. Defendants are threatening to "level the place" on about November 30, 2010 which includes but is not limited to: Plaintiffs' two story white farm house built in the 1800's, the original older homestead dwelling, two barns, a pig shed, corn crib, multiple bay garage, chicken coup, machine sheds and a sap house with evaporator connected to about 2,200 taps. Toward that end Defendants have already destroyed Plaintiffs heirloom shrubbery, fences and gates and dug up Plaintiffs' Septic system. Defendants have ordered Plaintiffs to come and remove anything they want before November 30, 2010 or it will be considered abandoned but stipulate that Plaintiffs must have written permission from Defendant Watkins Glen International to do so under threat of arrest for criminal trespass. Defendant Watkins Glen International has refused to date to give written permission for Plaintiffs to remove any of their personal possessions or Live-Stock, hay, grains, farm machinery, etc.

RELIEF REQUESTED: Immediate temporary restraining order and Permanent Injunction prohibiting Defendants and all of them from depriving Plaintiffs of their life, liberty and property without due process, and by unlawful search and seizure, to stop threatening and harassing Plaintiffs and their family and friends. In addition, Plaintiffs seek exemplary/punitive damages as well as treble and compensatory damages as well as damages for the terror and emotional distress Defendants and all of them are causing Plaintiffs.

## AS AND FOR A FIFTH CAUSE OF ACTION

For violation of Amendment V of the Constitution for the United States, depriving Plaintiffs of their liberty without due process to wit:

13: Plaintiffs incorporate paragraph 7 above as if fully set forth herein.

14: On about October 27, 2010, Defendants came to Plaintiffs' home, pointed machine guns at Plaintiff Albert, handcuffed him, made him sit in a chair beside the road for about two hours, put him in a Schuyler County Sheriff's Car and removed him to another premise against his will, threatening that if he or Plaintiff Frances ever returned to their home, they would be arrested as criminals for criminal trespass. Plaintiffs have been homeless since October 27, 2010.

RELIEF REQUESTED: Immediate temporary restraining order and Permanent Injunction prohibiting Defendants and all of them from depriving Plaintiffs of their life, liberty and property and a place to live without due process. In addition, Plaintiffs seek exemplary/punitive damages as well as treble and compensatory damages as well as damages for the terror and emotional distress Defendants and all of them are causing Plaintiffs.

## AS AND FOR A SIXTH CAUSE OF ACTION

For violation of Amendment IV of the Constitution for the United States, depriving Plaintiffs of being secure in their persons by unlawful search and seizure to wit:

15: Plaintiffs incorporate paragraphs 7 and 14 above as if fully set forth herein.

16: Defendants required that Plaintiff Albert identify all the objects on his person and in his clothing.

RELIEF REQUESTED: Immediate temporary restraining order and Permanent Injunction prohibiting Defendants and all of them from depriving Plaintiffs of their life, liberty and property without due process and subjecting them to unlawful search and seizure. In addition, Plaintiffs seek exemplary/punitive damages as well as treble and compensatory damages as well as damages for the terror and emotional distress

Defendants and all of them are causing Plaintiffs.

## AS AND FOR A SEVENTH CAUSE OF ACTION

Against Defendants and all of them.

For conspiracy to violate amendments IV and V of the Constitution for the United States by depriving Plaintiffs of their lives, liberty and property without due process and by unlawful search and seizure.

17: Plaintiffs incorporate paragraphs 7 thru 16 as if fully set forth herein.

18: Defendants and all of them have worked in concert and combination maliciously, intentionally and knowingly to cause Plaintiffs injury and which has resulted in injury to Plaintiffs' persons and property and which is causing Plaintiffs daily and continuous injury.

19: Defendants and all of them are acting outside the lawful constraints of their corporate, public and/or governmental offices and/or oaths and are under obligation to terminate the acts of Defendants as set forth herein rather than participate in same.

20: Defendants and all of them are equally, collectively and severably liable for all injuries, damages, losses, harms of every kind, nature and sort which Plaintiffs have suffered due to the acts of Defendants or any of them at all times relevant to date.

RELIEF REQUESTED: Immediate temporary restraining order and Permanent Injunction prohibiting Defendants and all of them from depriving Plaintiffs of their life, liberty and property without due process and subjecting them to unlawful search and seizure. In addition, Plaintiffs seek exemplary/punitive damages as well as treble and compensatory damages as well as damages for the terror and emotional distress Defendants and all of them are causing Plaintiffs. That Defendants and all of them be held equally, collectively, and severably liable for all damages and injuries and all their real and personal and intellectual property and possessions be attached and surrendered to pay for all said damages.

## REQUEST FOR RELIEF

Upon the Causes of Action set forth herein Plaintiffs make the following demand for relief:

Immediate temporary restraining order and Permanent Injunction prohibiting Defendants and all of them from depriving Plaintiffs of their life, liberty and property without due process and from subjecting Plaintiffs to unlawful search and seizure and from threatening Plaintiffs and their family and friends. That Plaintiffs be immediately returned to their home and the immediate return of all property removed to the possession of Defendants or any of them. In addition, Plaintiffs seek exemplary/punitive damages as well as treble and compensatory damages as well as damages for the terror and emotional distress Defendants and all of them have caused and are causing Plaintiffs daily and continually to date. That Defendants and all of them be held equally, collectively, and severably liable for all damages and injuries to Plaintiffs real and personal property and Live-Stock and that all Defendants' real and personal and intellectual property and possessions be attached and surrendered to pay for all said damages.

AFFIRMATION:

Plaintiffs hereby solemnly affirm that the foregoing is true and correct unless stated on information and belief and except for typographical errors and is not made to harass or harm anyone but to protect Plaintiffs' property, live-stock, home, land, and liberty in accord with the United States Constitution and the oaths of office and charters of the Defendants and all of them and the Federal Court bound thereby.

_____ Nov. 19 2010        _____ Nov. 19 2010
Albert                       Frances


Albert and Frances
c/o Grace Stage
PO BOX 851
Montour Falls, NY 14865   Phone: 607 - 731 - 2222


Solemnly affirmed before me and signed in my presence this 19 day of November 2010

_____
Notary Signature

2/28/2014